# Exhibit D

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:43 PM CST

Sent
Wednesday, December 18, 2024 at 3:43 PM CST
Received
Wednesday, December 18, 2024 at 3:43 PM CST
Archived
Wednesday, December 18, 2024 at 3:51 PM CST

*Size* 17.7 KB

- Diversified Wiring Solutions.xlsx (10.1 KB)
  Diversified Wiring Solutions.xlsx (10.1 KB)


*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:43 PM CST

Sent
Wednesday, December 18, 2024 at 3:43 PM CST
Received
Wednesday, December 18, 2024 at 3:43 PM CST
Archived
Wednesday, December 18, 2024 at 3:51 PM CST

*Size* 18.6 KB

- Cummings Electrical Job Rates.xlsx (11.0 KB)
  Cummings Electrical Job Rates.xlsx (11.0 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:42 PM CST

Sent
Wednesday, December 18, 2024 at 3:42 PM CST
Received
Wednesday, December 18, 2024 at 3:42 PM CST
Archived
Wednesday, December 18, 2024 at 3:51 PM CST

*Size* 18.0 KB

- Unity Construction Pricing.xlsx (10.3 KB)
  Unity Construction Pricing.xlsx (10.3 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:41 PM CST

Sent
Wednesday, December 18, 2024 at 3:41 PM CST
Received
Wednesday, December 18, 2024 at 3:41 PM CST
Archived
Wednesday, December 18, 2024 at 3:51 PM CST

*Size* 17.6 KB

- Excel Construction Group H&E Pricing.xlsx (9.9 KB)
  Excel Construction Group H&E Pricing.xlsx (9.9 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:41 PM CST

Sent
Wednesday, December 18, 2024 at 3:41 PM CST
Received
Wednesday, December 18, 2024 at 3:41 PM CST
Archived
Wednesday, December 18, 2024 at 3:51 PM CST

*Size* 17.1 KB

- FUN N SUN POOLS INC rates.xlsx (9.5 KB)
  FUN N SUN POOLS INC rates.xlsx (9.5 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:40 PM CST

Sent
Wednesday, December 18, 2024 at 3:40 PM CST
Received
Wednesday, December 18, 2024 at 3:40 PM CST
Archived
Wednesday, December 18, 2024 at 3:49 PM CST

*Size* 17.6 KB

- NOW Specialties Rates.xlsx (10.0 KB)
  NOW Specialties Rates.xlsx (10.0 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***\*\*NEW and USED equipment available for sale\*\****
***NEW ACCOUNT FORM — CLICK HERE!!***
***ACCESS and Pay Bills Online — CONNECT PORTAL***

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 3:40 PM CST

Sent
Wednesday, December 18, 2024 at 3:40 PM CST
Received
Wednesday, December 18, 2024 at 3:40 PM CST
Archived
Wednesday, December 18, 2024 at 3:49 PM CST

*Size* 17.3 KB

- G CATS Investment Pricing.xlsx (9.7 KB)
  G CATS Investment Pricing.xlsx (9.7 KB)


*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, December 18, 2024 at 9:45 AM CST

Sent
Wednesday, December 18, 2024 at 9:45 AM CST
Received
Wednesday, December 18, 2024 at 9:45 AM CST
Archived
Wednesday, December 18, 2024 at 9:54 AM CST

*Size* 17.5 KB

- Auzmet Architectural Pricing - H&E.xlsx (9.9 KB)
  Auzmet Architectural Pricing - H&E.xlsx (9.9 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*

*Colossians 3:23-24*

Rates outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  
  adan.barnard@outlook.com

*Sent* Thursday, December 5, 2024 at 9:19 AM CST

Sent
Thursday, December 5, 2024 at 9:19 AM CST
Received
Thursday, December 5, 2024 at 9:19 AM CST
Archived
Thursday, December 5, 2024 at 9:38 AM CST

*Size* 18.4 KB

- Road Makers H&E Pricing.xlsx (10.7 KB)
  Road Makers H&E Pricing.xlsx (10.7 KB)

See attached

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***\*\*NEW and USED equipment available for sale\*\****
***NEW ACCOUNT FORM — CLICK HERE!!***
***ACCESS and Pay Bills Online — CONNECT PORTAL***

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Friday, November 22, 2024 at 8:30 AM CST

Sent
Friday, November 22, 2024 at 8:30 AM CST
Received
Friday, November 22, 2024 at 8:30 AM CST
Archived
Friday, November 22, 2024 at 8:54 AM CST

*Size* 16.8 KB

- Jollay Masonry Pricing.xlsx (9.3 KB)
  Jollay Masonry Pricing.xlsx (9.3 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*

*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, November 20, 2024 at 9:57 AM CST

Sent
Wednesday, November 20, 2024 at 9:57 AM CST
Received
Wednesday, November 20, 2024 at 9:57 AM CST
Archived
Wednesday, November 20, 2024 at 10:36 AM CST

*Size* 17.5 KB

- NOW Specialties Rates.xlsx (10.0 KB)
  NOW Specialties Rates.xlsx (10.0 KB)

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***\*\*NEW and USED equipment available for sale\*\****
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, November 20, 2024 at 9:56 AM CST

Sent
Wednesday, November 20, 2024 at 9:56 AM CST
Received
Wednesday, November 20, 2024 at 9:56 AM CST
Archived
Wednesday, November 20, 2024 at 10:20 AM CST

*Size* 17.3 KB

- G CATS Investment Pricing.xlsx (9.7 KB)
  G CATS Investment Pricing.xlsx (9.7 KB)


*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

No Subject
outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Wednesday, November 20, 2024 at 9:55 AM CST

Sent
Wednesday, November 20, 2024 at 9:55 AM CST
Received
Wednesday, November 20, 2024 at 9:55 AM CST
Archived
Wednesday, November 20, 2024 at 10:04 AM CST

*Size* 17.5 KB

- Sizelove Construcion.xlsx (10.1 KB)
  Sizelove Construcion.xlsx (10.1 KB)

Here

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*

BTX outbound

*From*

- Adan Barnard
  AB
  Adan Barnard
  Internal Email Address
  abarnard@he-equipment.com

*To*

- adan.barnard@outlook.com
  a
  adan.barnard@outlook.com
  External Email Address
  adan.barnard@outlook.com

*Sent* Monday, October 28, 2024 at 10:12 AM CDT

Sent
Monday, October 28, 2024 at 10:12 AM CDT
Received
Monday, October 28, 2024 at 10:12 AM CDT
Archived
Monday, October 28, 2024 at 10:42 AM CDT

*Size* 18.3 KB

- BTX Construction Group Pricing 6.25.2024.xlsx (10.6 KB)
  BTX Construction Group Pricing 6.25.2024.xlsx (10.6 KB)

Attached

*Sincerely,*

*Adan G. Barnard*
**Territory Account Manager**
H&E Equipment Services
Cell: 972.207.4715
***NEW and USED equipment available for sale***
*NEW ACCOUNT FORM — CLICK HERE!!*
*ACCESS and Pay Bills Online — CONNECT PORTAL*


*Colossians 3:23-24*