# Exhibit E

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 8:27 AM
To: Dillon Reed <dreed@prim.com>
Cc: Brandon Bright <bbright@prim.com>; Madison Nicholes Skipper <mskipper@prim.com>
Subject: Re: Off-Rent and Pick Up
Attachments: image001.png

Got it off rented sir.

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com


On Jul 29, 2024, at 7:41 AM, Dillon Reed <dreed@prim.com> wrote:


Good morning,

Please off-rent and pick up.

POLARIS 4 SEATER UTV 4X4 DIESEL       Rental  H&E   10416432
RUTV0961      4XAP4ED49R8821066

| | |
|---|---|
| JOB NAME: | BAYOU GALION |
| JOB# | 55103 |
| ADDRESS | 11107 WILMONT HWY |
| | BASTROP, LA 71200 |
| CONTACT | MADISON 970-902-3462 |

Thank you,

**Dillon Reed**
Fleet Coordinator
Renewables Segment
Primoris Services Corporation
M: (720)-948-4150
dreed@prim.com
www.prim.com

*"Primoris, building America's future, today."*

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 8:28 AM
To: Dillon Reed <dreed@prim.com>
Cc: Brandon Bright <bbright@prim.com>; Lauren Nicholes Skipper <lskipper@prim.com>
Subject: Re: Off-Rent and Pick Up
Attachments: image001.png

Got it off rented sir.

## Colin Callaway

**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 8:13 AM, Dillon Reed <dreed@prim.com> wrote:

Good morning,

Please off-rent and pick up.

CLUB CAR 4 SEATER UTV 4X4 DIESEL     Rental  H&E   `10339744`      RUTV0971
`SD2146230881`

| | |
|---|---|
| JOB NAME: | ESTONIAN |
| JOB# | 55089 |
| ADDRESS | 2276 FM 2949 |
| | COOPER, TX |
| CONTACT | LAUREN 720-241-9550 |

Thank you,

**Dillon Reed**
Fleet Coordinator
Renewables Segment
Primoris Services Corporation
M: (720)-948-4150
dreed@prim.com
www.prim.com

*"Primoris, building America's future, today."*

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 8:30 AM
To: Dillon Reed <dreed@prim.com>
Cc: Brandon Bright <bbright@prim.com>; Madison Nicholes Skipper <mskipper@prim.com>
Subject: Re: Off-Rent and Pick Up
Attachments: image001.png

Got it off rented sir.

# Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 7:57 AM, Dillon Reed <dreed@prim.com> wrote:

Good morning,

Please off-rent and pick up.

POLARIS 4 SEATER UTV 4X4 DIESEL     Rental  H&E     10416430
RUTV0963     4XAP4ED44R8820939

|  |  |
|---|---|
| JOB NAME: | BAYOU GALION |
| JOB# | 55103 |
| ADDRESS | 11107 WILMONT HWY |
|  | BASTROP, LA 71200 |
| CONTACT | MADISON 970-902-3462 |

Thank you,

**Dillon Reed**
Fleet Coordinator
Renewables Segment
Primoris Services Corporation
M: (720)-948-4150
dreed@prim.com
www.prim.com

*"Primoris, building America's future, today."*

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 9:35 AM
To: "Pedraza, Andres M" <ampedraza@burnsmcd.com>
Subject: Re: SERVICE REQUEST - UNIT #10326588
Attachments: Outlook-A close up.png; Outlook-A close up.png

Understood. Do you want it swapped or just picked up?

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 8:50 AM, Pedraza, Andres M <ampedraza@burnsmcd.com>
wrote:

Colin,

Please off rent #10326588. We need this picked up asap, the unit will not move,
and it is blocking roadway.

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

O 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<Outlook-A close up.png>

**From:** Pedraza, Andres M
**Sent:** Monday, July 29, 2024 8:18 AM
**To:** Colin Callaway <ccallaway@he-equipment.com>
**Subject:** SERVICE REQUEST - UNIT #10326588

Good morning Colin,

Skid steer #10326588 is down on site again. Can we get this one swapped out asap?

### Mr. Andres Pedraza \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

o 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<u>\<Outlook-A close up.png\></u>

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 10:27 AM
To: "eortiz@vision-texas.com" <eortiz@vision-texas.com>
Cc: "jschulze@vision-texas.com" <jschulze@vision-texas.com>
Subject: Re: Recall of JLG @ Century Square
Attachments: image001.png

Got it off rented.


**Colin Callaway**
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com



On Jul 29, 2024, at 9:47 AM, eortiz@vision-texas.com wrote:


Good morning Colin,

Can we get a pick up of this machine that is at century Square in College station?

Last known location was building on the right in the middle of the building. It seems that maybe another trade had used it atfer we had left so that is last known whereabouts to us


Lety us know if you have any questions

Thanks,

**Elizar Ortiz**
**Mobile:** 713-557-3299
**Email:** eortiz@vision-texas.com
**32311** Tamina Rd Ste A, Magnolia TX 77354

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 10:27 AM
To: "Pedraza, Andres M" <ampedraza@burnsmcd.com>
Subject: Re: SERVICE REQUEST - UNIT #10326588
Attachments: Outlook-A close up.png

Thank you! I will make sure they know!

**Colin Callaway**
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 10:21 AM, Pedraza, Andres M <ampedraza@burnsmcd.com> wrote:

Thank you sir. Also just wanted to make sure you were aware this unit will not move and will most likely need to be winched on to trailer for pickup.

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

**o** 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<Outlook-A close up.png>

**From:** Colin Callaway <ccallaway@he-equipment.com>
**Sent:** Monday, July 29, 2024 10:19 AM

**To:** Pedraza, Andres M <ampedraza@burnsmcd.com>
**Subject:** Re: SERVICE REQUEST - UNIT #10326588

Got it off rented.

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 9:45 AM, Pedraza, Andres M <ampedraza@burnsmcd.com> wrote:

Off rented and picked up please.

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

**o** 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<Outlook-A close up.png>

**From:** Colin Callaway <ccallaway@he-equipment.com>
**Sent:** Monday, July 29, 2024 9:35 AM
**To:** Pedraza, Andres M <ampedraza@burnsmcd.com>
**Subject:** Re: SERVICE REQUEST - UNIT #10326588

Understood. Do you want it swapped or just picked up?

**Colin Callaway**
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 8:50 AM, Pedraza, Andres M
<ampedraza@burnsmcd.com> wrote:

Colin,

Please off rent #10326588. We need this picked up asap,
the unit will not move, and it is blocking roadway.

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell
Constructors)

Equipment Administrator

**o** 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<Outlook-A close up.png>

**From:** Pedraza, Andres M
**Sent:** Monday, July 29, 2024 8:18 AM
**To:** Colin Callaway <ccallaway@he-equipment.com>
**Subject:** SERVICE REQUEST - UNIT #10326588

Good morning Colin,

Skid steer #10326588 is down on site again. Can we get this one swapped out asap?

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

**o** 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<u>&lt;Outlook-A close up.png&gt;</u>

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 12:25 PM
To: John Favor <john@canopy-solutions.com>
Cc: Camila Gaines <Camila@canopy-solutions.com>; Victor Ledesma <victor@canopy-solutions.com>;
Jesus Mendoza <jesus@canopy-solutions.com>
Subject: Re: Rental Houston
Attachments: image001.jpg; image002.png; image003.png

Got it set up sir!

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 10:39 AM, John Favor <john@canopy-solutions.com> wrote:

Colin,

Please set this up
Rental Request

| | |
|---|---|
| Client: | EE Read |
| Project Name: | Maverick Distribution Center |
| CS Job #: | 0124-716 |
| Needed By: | Tuesday, July 30, 2024 |

| Quantity | Description |
|---|---|
| 1 | FORKLIFT Straight All-Terrain |
| 2 | BOOM 45-50' TELESCOPIC 4WD |

Delivery Address:        EE Read
                                    Maverick Distribution Center
                                    18239 Aldine Westfield Center

Point of Contact:        Julio Martinez: 832-269-7241

John Favor

<image001.jpg>

Canopy Solutions, LLC
2323 S. Sam Houston Pkwy W. Houston, TX 77047
O: 713-510-3800
DL:713-684-8991
C: 850-461-0754
john@canopy-solutions.com
www.canopy-solutions.com

<image002.png>

<image003.png>

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 2:04 PM
To: Dillon Reed <dreed@prim.com>
Cc: Brandon Bright <bbright@prim.com>; Madison Nicholes Skipper <mskipper@prim.com>
Subject: Re: Off-Rent and Pick Up
Attachments: image001.png

Got it off rented!

## Colin Callaway

**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 1:21 PM, Dillon Reed <dreed@prim.com> wrote:

Good afternoon,

Please off-rent and pick up.

JOHN DEERE 325G CTL C&A    Rental  H&E    ==10340220==    RCTL0621 ==1T0325GKPMJ410564==

| JOB NAME: | BAYOU GALION |
| JOB# | 55103 |
| ADDRESS | 11107 WILMONT HWY |
| | BASTROP, LA 71200 |
| CONTACT | MADISON 970-902-3462 |

Thank you,

**Dillon Reed**
Fleet Coordinator
Renewables Segment
Primoris Services Corporation
M: (720)-948-4150
dreed@prim.com
www.prim.com

&lt;image001.png&gt;

*"Primoris, building America's future, today."*

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 3:55 PM
To: JJ Jimenez <JJ.Jimenez@watchfire.com>
Cc: Stephen Jeansonne <Stephen.Jeansonne@watchfire.com>; Brian J Walker
<BrianJ.Walker@watchfire.com>
Subject: Re: Klein ISD- Memorial Stadium

10/4 sir. I will have someone out there asap.

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
<u>6100 Almeda Genoa Road</u>
<u>Houston, TX 77087</u>
**Mobile: <u>281-786-9348</u>**
Email: <u>ccallaway@he-equipment.com</u>
Website: <u>http://www.he-equipment.com</u>

> On Jul 29, 2024, at 3:37 PM, JJ Jimenez <JJ.Jimenez@watchfire.com> wrote:
>
> Hey Colin,
>
> We are having the same problem at Klein and our techs are working late, when can we get a mechanic on site? Please see attached.
>
> **J.J. Jimenez**
> **Project Coordinator**
> office 713-986-8883
> email <u>JJ.Jimenez@watchfire.com</u>
> PO#/SO#:
> Project Name:
>
> ---
>
> **From:** Colin Callaway <ccallaway@he-equipment.com>
> **Sent:** Monday, July 15, 2024 1:07 PM
> **To:** Stephen Jeansonne <Stephen.Jeansonne@watchfire.com>
> **Cc:** JJ Jimenez <JJ.Jimenez@watchfire.com>; Brian J Walker
> <BrianJ.Walker@watchfire.com>
> **Subject:** Re: Klein ISD- Memorial Stadium
>
> [External Sender]

60' boom is en route. Same driver will go back and bring the 8K
Telehandler.

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

> On Jul 15, 2024, at 12:15 PM, Colin Callaway <ccallaway@he-equipment.com> wrote:
>
> Let me verify. Should be en route.
>
> ## Colin Callaway
> **Outside Sales Representative**
> **H&E Equipment Rentals**
> 6100 Almeda Genoa Road
> Houston, TX 77087
> **Mobile: 281-786-9348**
> Email: ccallaway@he-equipment.com
> Website: http://www.he-equipment.com

>> On Jul 15, 2024, at 12:13 PM, Stephen Jeansonne <Stephen.Jeansonne@watchfire.com> wrote:
>>
>> Hey Colin,
>>
>> We are on site. When could we expect delivery?
>>
>> Get Outlook for iOS

**From:** Colin Callaway <ccallaway@he-equipment.com>
**Sent:** Friday, July 12, 2024 1:58:02 PM
**To:** JJ Jimenez <JJ.Jimenez@watchfire.com>
**Cc:** Brian J Walker <BrianJ.Walker@watchfire.com>; Stephen
Jeansonne <Stephen.Jeansonne@watchfire.com>
**Subject:** Re: Klein ISD- Memorial Stadium

<span style="color:red">[External Sender]</span>

JJ,

I got you set up for the S60 boom and 8000# 40'
Reach forklift for Monday delivery. Will be between
10:30-12:00 delivery.

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 12, 2024, at 11:51 AM, Colin
Callaway <ccallaway@he-
equipment.com> wrote:

 Received sir thank you

## Colin Callaway
**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 12, 2024, at 11:51 AM,
JJ Jimenez
<JJ.Jimenez@watchfire.com>
wrote:


Id like to have it on site on
Monday.

Id like to book the - 8000# with 40'
reach
**J.J. Jimenez**
**Project Coordinator**
office 713-986-8883
email JJ.Jimenez@watchfire.c
om
PO#/SO#:
Project Name:

---

**From:** Colin Callaway
<ccallaway@he-equipment.com>
**Sent:** Friday, July 12, 2024 10:57 AM
**To:** JJ Jimenez
<JJ.Jimenez@watchfire.com>
**Cc:** Brian J Walker
<BrianJ.Walker@watchfire.com>;
Stephen Jeansonne
<Stephen.Jeansonne@watchfire.com
>
**Subject:** Re: Klein ISD- Memorial
Stadium


[External Sender]

Hey JJ, thank you!

What day for delivery next week?
Also, what size on the forklift?

- 6000# with 30' reach
- 8000# with 40' reach
- 10,000# with 50' reach

# Colin Callaway

**Outside Sales Representative**
**H&E Equipment Rentals**
<u>6100 Almeda Genoa Road</u>
<u>Houston, TX 77087</u>
**Mobile: <u>281-786-9348</u>**
Email: <u>ccallaway@he-</u>
<u>equipment.com</u>
Website: <u>http://www.he-</u>
<u>equipment.com</u>

On Jul 12, 2024, at
10:54 AM, JJ
Jimenez
<<u>JJ.Jimenez@watchfi</u>
<u>re.com</u>> wrote:

Hey Colin,

I am needing a forklift
with a long scope
range for next week
as well as an S60.
Brian and Stephen
will be the technicians
on site. I have copied
them onto this email.

The delivery address
is below.
16607 Stuebner
Airline Rd, Klein, TX
77379.

**J.J. Jimenez**
**Project**
**Coordinator**
office 713-986-8883
email <u>JJ.Jimenez@</u>
<u>watchfire.com</u>
PO#/SO#:
Project Name:

This e-mail message, including
any attachments and previous
email messages sent with it,
contains CONFIDENTIAL and

PROPRIETARY information of Watchfire Signs, LLC or its subsidiaries and may be legally PRIVILEGED. You may not use, disclose, reproduce or distribute such information without Watchfire's authorization. If you have received this message in error, please notify the sender immediately and permanently delete the original message, its attachments and any copies thereof.

<Image - 2024-07-29T153551.431.jpg>

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Monday, July 29, 2024, 3:55 PM
To: Amber Chase <achase@he-equipment.com>
Cc: Ryan Siler <rysiler@he-equipment.com>
Subject: Re: Unit: 10384080
Attachments: image001.jpg

Thank you.

## Colin Callaway

**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 29, 2024, at 2:48 PM, Amber Chase <achase@he-equipment.com> wrote:

Colin,

The BT65 Jumping Jack that needed a pull cord also needs a recoil starter. We will be swapping this unit in the morning. Thank you.

**Amber Chase**
Parts Service Administrator
1115 Newton Way
Summerville, SC 29483
843.879.7010  Office
achase@he-equipment.com
he-equipment.com

From: Colin Callaway <ccallaway@he-equipment.com>
Sent: Tuesday, July 30, 2024, 7:50 AM
To: "Pedraza, Andres M" <ampedraza@burnsmcd.com>
Subject: Re: OFF RENT - 160987 BUSHY PARK
Attachments: Outlook-A close up.png

Got it thank you

## Colin Callaway

**Outside Sales Representative**
**H&E Equipment Rentals**
6100 Almeda Genoa Road
Houston, TX 77087
**Mobile: 281-786-9348**
Email: ccallaway@he-equipment.com
Website: http://www.he-equipment.com

On Jul 30, 2024, at 7:32 AM, Pedraza, Andres M <ampedraza@burnsmcd.com> wrote:

Good morning Colin,

Please off rent Front-End Loader, equipment number 10300149 as of 7-29-2024. POC will be Larry Crocker, 469.766.3337.

**Mr. Andres Pedraza** \ Ref-Chem (Burns & McDonnell Constructors)

Equipment Administrator

o 713-413-6200

ampedraza@burnsmcd.com \ burnsmcd.com

1051 Tom Bass Park Road \ Houston, TX 77047

<Outlook-A close up.png>